# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 20-32582 |
| Eric S. Cain<br>Alisha N. Cain | Chapter 13 |
| Debtor(s). | Judge Alan C. Stout |

## OBJECTION TO CHAPTER 13 PLAN

Toyota Lease Trust ("Creditor") by and through their undersigned counsel, hereby objects to the Debtors' Proposed Chapter 13 Plan. This objection is hereby supported by the following memorandum.

## MEMORANDUM

Toyota Lease Trust, ("Creditor"), secured creditor herein, by and through their undersigned counsel, hereby objects to the Debtor's Chapter 13 Plan filed on October 23, 2020.

The Debtors' Plan fails to list specifically the collateral which is encumbered by Creditor's security interest. The vehicle in question is a 2020 TOYOTA COROLLA - VIN 5YFEPRAE5LP043873 ("Vehicle") which was leased on August 21, 2019.   Creditor's treatment under the plan should be that of an Executory Contract. The Debtors must amend their plan to call for either the assumption or rejection of the lease under paragraph/provision 6.1 of the Chapter 13 Plan. If Debtor wishes to assume said lease, the pre-petition default must also be cured.

The Chapter 13 Plan does not adequately protect the Creditor's interest in said vehicle and should therefore be denied confirmation.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on November 19, 2020.

**By Notice of Electronic Filing to:**

Matthew D. Owen, Debtors' Counsel
Whitford13notice@gmail.com

William W. Lawrence, Trustee
ECF@louchapter13.com

Office of the U.S. Trustee
ustpregion08.lo.ecf@usdoj.gov

**By United States mail to:**

Eric S. Cain, Debtor
Alisha N. Cain, Debtor
385 Drake Dr.
Shepherdsville, KY 40165

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Attorney for Creditor