UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In Re:                                                              Case No. 20-32582

Eric S. Cain
Alisha N. Cain                                                      Chapter 13

Debtor(s).                                                          Judge Alan C. Stout

**AGREED ORDER CONCERNING MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROPERTY KNOWN AS A 2020 TOYOTA COROLLA - VIN 5YFEPRAE5LP043873 (Doc. No. 19)**

  This matter having come before the Court upon the Motion for Relief from Stay (Doc. No. 19), filed herein by the secured creditor, Toyota Lease Trust ("Movant") in regard to personal property known as a 2020 TOYOTA COROLLA - VIN 5YFEPRAE5LP043873, and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtors provided that said Debtors were to make regular monthly payments to Movant outside of the Plan on a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtors failed to make certain of the regular monthly payments to Movant; said payments are currently in default for the Months of October 21, 2020 through February 21, 2021, plus fees and costs associated with filing the Motion for Relief. Delinquent payments, as of March 1, 2021 are, five (5) payments of $374.00 each, for October 21, 2020 through February, 21, 2021, plus $438.00 fees and cost. The total post-petition arrearage amount as of March 1, 2021 is $2,308.00.

3. In order to eliminate said post-petition delinquency, the Debtors hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a. $384.67 on or before April 8, 2021
    b. $384.67 on or before May 8, 2021
    c. $384.67 on or before June 8, 2021
    d. $384.67 on or before July 8, 2021
    e. $384.66 on or before August 8, 2021
    f. $384.66 on or before September 8, 2021

4. These lump sum payments are in addition to the regular monthly payments in the amount of $374.00, which begin again March 21, 2021, and are due on the 21st of each month thereafter.

5. In the event that said Debtors should fail to make any of the stipulated payments described in paragraph 3 of this Agreed Order on or before their specified due dates, or should he fail to pay any future monthly payment so that said payment is not received by Movant by the contractual due date, then, or in either of those events, Movant shall give ten (10) days' notice to Debtors' counsel and to the Debtors; and thereafter Movant shall file with the Court a "Certificate of Non-Compliance" certifying that the Debtors are in default under the terms of the Agreed Order and that upon submission of such certification, without hearing, further notice or separate order, the Movant is granted Relief from Stay.

This is a final and appealable order.

**IT IS SO ORDERED.**

Agreed Upon and Submitted by:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant


/s/ Matthew D. Owen
Matthew D. Owen
5135 Dixie Highway
Suite 24
Louisville, KY 40216
Phone: 502-648-9392
Fax:
Whitford13notice@gmail.com
Debtors' Attorney
**per authorization received 3/2/2021**

Copies to:

Matthew D. Owen
5135 Dixie Highway
Suite 24
Louisville, KY 40216
Whitford13notice@gmail.com

William W Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

John L. Daugherty
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Eric S. Cain, Debtor
385 Drake Dr.
Shepherdsville, KY 40165

Alisha N. Cain, Debtor
385 Drake Dr.
Shepherdsville, KY 40165